Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHIL BURGE,<br><br>  Plaintiff,<br><br>v.<br><br>PATTERN ENERGY GROUP, INC., ALAN BATKIN, JOHN BROWNE, MICHAEL GARLAND, DOUGLAS HALL, PATRICIA NEWSON, MONA SUTPHEN, and RICHARD GOODMAN,<br><br>  Defendants. | Case No: 1:20-cv-00213-EK-JO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Phil Burge hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: April 1, 2020                                            Respectfully submitted,

                                                                **HALPER SADEH LLP**

                                                                By: /s/ Daniel Sadeh
                                                                Daniel Sadeh, Esq.
                                                                375 Park Avenue, Suite 2607
                                                                New York, NY 10152
                                                                Telephone: (212) 763-0060
                                                                Facsimile: (646) 776-2600
                                                                Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on April 1, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 1, 2020                                        /s/ Daniel Sadeh
                                                                                 Daniel Sadeh